# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 296 |
| | : | |
| REAPPOINTMENTS TO THE | : | Disciplinary Board Appointment Docket |
| DISCIPLINARY BOARD OF | : | |
| PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2018, John F. Cordisco, Esquire, Bucks County, and James C. Haggerty, Esquire, Philadelphia, are hereby reappointed as members of the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2018.